```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


MANDY SHOPLAK o/b/o
E.M.S.,

            Plaintiff,

      vs.                              Civil Action 2:15-cv-1294
                                       Judge Frost
                                       Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
```

## ORDER

Upon the parties' Joint Motion to Remand to the Commissioner, ECF 19, the decision of the Commissioner is **REVERSED** and this action is **REMANDED** to the Commissioner of Social Security for further proceedings.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

```
                              /s/   GREGORY L. FROST
                                    Gregory L. Frost
                              United States District Judge
```